**SLADE v. STADLER**

[356 N.C. 659 (2003)]

PAULINE T. SLADE v. JAMES A. STADLER, INDIVIDUALLY, AND JAMES A. STADLER, D/B/A STADLER GREENHOUSES

No. 363A02

(Filed 28 February 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 150 N.C. App. 677, 564 S.E.2d 298 (2002), reversing a judgment entered 28 February 2001 by Judge Ronald L. Stephens in Superior Court, Alamance County. This case was determined on the briefs without oral argument pursuant to N.C. R. App. P. 30(f)(1).

*Hemric, Lambeth, Champion & Moseley, P.A., by W. Phillip Moseley, for plaintiff-appellant.*

*Teague, Rotenstreich & Stanaland, L.L.P., by Stephen G. Teague, for defendant-appellees.*

PER CURIAM.

AFFIRMED.

Justice BRADY did not participate in the consideration or decision of this case.